PERRINE CHAUMONT                *        NO. 2020-CA-0017

VERSUS                          *        COURT OF APPEAL

THE CITY OF NEW ORLEANS         *        FOURTH CIRCUIT

                                *        STATE OF LOUISIANA

                                *

                                *
                        * * * * * * *


*RML*        **LEDET, J., CONCURRING**

      I respectfully concur in the result.